UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
JENNIFER ANN KERR, :
: CASE NO. 1:14-CV-00657
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Docs. 1, 15]
COMMISSIONER OF SOCIAL :
SECURITY, :
: :
Defendant. :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 12, 2015, Magistrate Judge Nancy A. Vecchiarelli recommended that the Court affirm the Commissioner of Social Security's decision denying Plaintiff Jennifer Ann Kerr's application for Period of Disability and Disability Insurance Benefits under the Social Security Act.[1] Kerr has not filed an objection to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3] Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Doc. 15.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).

Case No. 1:14-CV-00657
Gwin, J.

recommendation.[4/] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5/] Moreover, having conducted its own review of the record[6/] and briefing,[7/] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's decision.

IT IS SO ORDERED.


Dated: January 30, 2015                                s/      *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE

---

[4/]*Id.*; see Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

[5/]*Thomas*, 474 U.S. at 149.

[6/]Doc. 10.

[7/]Doc. 13 (Plaintiff Kerr's brief); Doc. 14 (Commissioner's brief).